IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01828-MSK
Criminal Action No. 05-cr-00141-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEE ARTHUR THOMPSON,

    Defendant-Movant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Marcia S. Krieger, the following Judgment is hereby entered:

It is ORDERED that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, filed August 2, 2010, is DENIED.

It is FURTHER ORDERED that the instant civil action is dismissed. It is

FURTHER ORDERED that a certificate of appealability shall not issue because Movant has not made a substantial showing of the denial of a constitutional right.

Dated at Denver, Colorado this   1st   day of September, 2011.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk