IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02659-MSK
Criminal Action No. 05-cr-00141-MSK-2

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

ALVIN HUTCHINSON,

    Defendant-Movant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Marcia S. Krieger on December 13, 2011, the following Final Judgment is hereby entered.

It is ORDERED that Defendant Hutchinson's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1672; Nov. 1, 2010) is DENIED. It is

FURTHER ORDERED that a certificate of appealability shall not issue because Movant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this   14th   day of December 2011.

                      FOR THE COURT:

                      GREGORY C. LANGHAM, CLERK

                      By: s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk