IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0785-MSK
Criminal Action No. 05-cr-00141-MSK-8

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

WILLIAM L. GLADNEY,

      Defendant-Movant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order Dismissing 28 U.S.C. § 2255 Motion entered by the Honorable Marcia S. Krieger on December 13, 2011, the following Final Judgment is hereby entered.

It is ORDERED that Defendant Gladney's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1709; Mar. 28, 2011) is DENIED and the action is dismissed with prejudice. It is

FURTHER ORDERED that a certificate of appealability shall not issue because Movant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that the corresponding civil action is dismissed.


Dated at Denver, Colorado this ___14th___ day of December 2011.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk